IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS GROUP – S. CHARLOTTE FRAMING,<br><br>      Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY,<br><br>and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that plaintiff LGS Group, LLC t/a LGS Group – Baltimore Framing and LGS Group – S. Charlotte Framing has no parent corporation and is a privately held company that has no stockholders.

DATED: March 24, 2008

                            YOUNG CONAWAY STARGATT &<br>                            TAYLOR, LLP

                            /s/ Michele Sherretta Budicak<br>                            Michael W. McDermott (#4434)<br>                            Michele Sherretta Budicak (#4651)<br>                            The Brandywine Building<br>                            1000 West Street, 17th Floor<br>                            Wilmington, DE 19801<br>                            (302) 571-6661<br>                            mbudicak@ycst.com

                            *Attorneys for Plaintiff*

OF COUNSEL:

Jessica A. duHoffmann
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
Tele: 410-727-6464
Fax: 410-385-3700
Email: jduhoffm@milesstockbridge.com