AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

for the

DISTRICT OF _____ DELAWARE

LGS GROUP, LLC
t/a LGS GROUP – BALTIMORE FRAMING
and
LGS GROUP – S. CHARLOTTE FRAMING

        Plaintiff(s),

v.

SAFECO INSURANCE COMPANY, and
ODYSSEY INTERNATIONAL INC.

        Defendant(s).

Alias
**SUMMONS IN A CIVIL CASE
PURSUANT TO 10 DEL. C. § 3104**

CASE NUMBER:    0 8 - 1 6 5

TO:    ODYSSEY INTERNATIONAL INC.
       c/o Secretary of State
       Division of Corporations
       John G. Townsend Building
       401 Federal Street, Suite 4
       Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

       Michael W. McDermott (No. 4434)
       Michele Sherretta Budicak (No. 4651)
       Young Conaway Stargatt & Taylor, LLP
       The Brandywine Building
       1000 West Street, 17th Floor
       P. O. Box 391
       Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAR 2 5 2008

CLERK _____

DATE

(BY) DEPUTY CLERK

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE March 25, 2008 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served upon ODYSSEY INTERNATIONAL INC by serving the Delaware Secretary of State located at 401 Federal Street Dover DE 19901. Service accepted by Karen Charrboneau at 2:55 p.m.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/08
             Date                                Signature of Server

15 East North Street Dover DE 19901
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.