IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS GROUP – S. CHARLOTTE FRAMING,<br><br>    Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY,<br><br>and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 08-165-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF PLAINTIFF'S ATTORNEY**
**AS TO DEFENDANT'S NON-RESIDENCE**

STATE OF DELAWARE:
                          SS:
NEW CASTLE COUNTY:

BE IT REMEMBERED that on April 10, 2008, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, Michele Sherretta Budicak, Esquire, who deposed and stated as follows:

    1.    I am an attorney for the plaintiff in this action.

    2.    Defendant Odyssey International Inc. ("Odyssey") is a non-resident of the State of Delaware presently residing at 560 West 1700 South, Clearfield, UT 84015.

3.  On March 26, 2008, I caused to be mailed by Registered Mail to Odyssey an envelope containing the Notice in the form attached hereto as Exhibit "A" and a copy of the Summons, Complaint and related papers.

4.  On March 31, 2008, I received from the United States Post Office, the return receipt of defendant Odyssey, showing delivery and acceptance of the above-referenced envelope. A copy of the return receipt is attached hereto as Exhibit "B".

5.  Attached hereto as Exhibit "C" is a copy of the receipt for registered mail, which was obtained at the Post Office at the time of mailing of the envelope referred to above.

DATED: April 10, 2008

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

_____
Michael W. McDermott (#4434)
Michele Sherretta Budicak (#4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
mbudicak@ycst.com

*Attorneys for Plaintiff*

SWORN TO AND SUBSCRIBED before me on April 10, 2008.

_____
Notary Public

MAURA C. MEEHAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 29, 2010

My Commission Expires: _____

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS GROUP – S. CHARLOTTE FRAMING,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY,<br><br>and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>Defendants. | Case No: 08-165-UNA |

## NOTICE

TO: Odyssey International Inc.
560 West 1700 South
Clearfield, UT 84015

PLEASE TAKE NOTICE that there has been served upon the Secretary of State of the State of Delaware the original of a Summons and Complaint, copies of which are attached hereto, in which you are named as a defendant in an action brought by LGS Group LLC t/a LGS Group – Baltimore Framing and LGS Group – S. Charlotte Framing. Said Summons and Complaint were served upon the Secretary of State of the State of Delaware on March 25, 2008, and service of process was filed with the United States District Court for the District of Delaware on March 26, 2008. Under the provisions of 10 Del. C. § 3104, service of the original Summons and Complaint upon the Secretary of State as aforesaid is as effectual to all intents and purposes

as if it had been made upon you personally within the State of Delaware.

Failure on your part to obey the command of the within writ could result in a default judgment being taken against you.

DATED: March 26, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michele Sherretta Budicak*

Michael W. McDermott (#4434)
Michele Sherretta Budicak (#4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
mbudicak@ycst.com

Attorneys for Plaintiff

OF COUNSEL:

Jessica A. duHoffmann
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
Tele: 410-727-6464
Fax: 410-385-3700
Email: jduhoffm@milesstockbridge.com

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kendra Allen_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>3/31/08  Kendra Allen | C. Date of Delivery |
| 1. Article Addressed to:<br>Odyssey International Inc.<br>560 West 1700 South<br>Clearfield, UT 84015 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☒ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes | |
| 2. Article Number<br>(Transfer from service label)   RE 038 532 128 US | | |
| PS Form 3811, February 2004    Domestic Return Receipt | | 102595-02-M-1540 |

# EXHIBIT C

| RE 038 532 128 US | | Stamp |
|---|---|---|
| Reg. Fee 9.50 | | |
| Handling Charge | Return Receipt 2.15 | |
| Postage 2.33 | Restricted Delivery | |
| Received by Kn | | |
| Customer Must Declare Full Value $ 0 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

OFFICIAL USE

| FROM | Michele Sherretta Budicak, Esq. |
| | Young Conaway Stargatt & Taylor, LLP |
| | P.O. Box 391 |
| | Wilmington, DE  19899-0391 |
| TO | Odyssey International Inc. |
| | 560 West 1700 South |
| | Clearfield, UT 84015 |

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®