IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS GROUP – S. CHARLOTTE FRAMING,<br><br>      Plaintiff,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY,<br><br>      and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 08-165-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent the plaintiff LGS Group, LLC, t/a LGS Group – Baltimore Framing and LGS Group – S. Charlotte Framing, in this matter:

      Jessica A. duHoffman, Esquire
      MILES & STOCKBRIDGE P.C.
      10 Light Street
      Baltimore, MD 21202
      Telephone: 410-727-6464

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

DATED: May 7, 2008                         YOUNG CONAWAY STARGATT
                                                                                          & TAYLOR, LLP

/s/ Michele Sherretta Budicak
_____
Michael W. McDermott (#4434)
Michele Sherretta Budicak (#4651)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
mbudicak@ycst.com

*Attorneys for Plaintiff*


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Jessica A. duHoffman, Esquire is GRANTED.


Date: May _____, 2008         _____
                                                                           UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE
## ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jessica A. duHoffmann, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

>                             _____
>                             Jessica A. duHoffmann
>                             Miles & Stockbridge P.C.
>                             10 Light Street
>                             Baltimore, MD 21202
>                             Telephone: 410-727-6464
>                             Facsimile: 410-385-3700
>                             Email: jduhoffm@milesstockbridge.com

Dated: May 3, 2008

## CERTIFICATE OF SERVICE

I, Michele Sherretta Budicak, Esquire, hereby certify that on May 7, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>James F. Kipp, Esquire
>Elzufon Austin Reardon Tarlov & Mondell, P.A.
>Fox Run Business Park, Building 1, Suite 210
>2500 Wrangle Hill Road
>Bear, DE 19701
>*jkipp@elzufon.com*

I further certify that on May 7, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>H. Burt Ringwood, Esquire
>Strong and Hanni
>3 Triad Center, Suite 500
>Salt Lake City, UT 84180
>*bringwood@strongandhanni.com*

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>/s/ Michele Sherretta Budicak
>_____
>Michael W. McDermott (#4434)
>*mmcdermott@ycst.com*
>Michele Sherretta Budicak (#4651)
>*mbudicak@ycst.com*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19899
>(302) 571-6600