IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS Group – S. Charlotte Framing,<br><br>      Plaintiff,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY,<br><br>   and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>      Defendants. | Case No: 08-165-SLR |

## STIPULATION AND ORDER

WHEREAS the parties in this matter are currently discussing a possible business resolution of this matter; and

WHEREAS, in light of the Defendants' Motion to Consolidate, filed on May 8, 2008, which seeks to consolidate this action with Case No. 08-017, *LGS Group LLC v. Odyssey Int'l Inc. and Safeco Insur. Co.* (the "Related Action"), the parties are considering adopting the Scheduling Order in place in the Related Action;

WHEREAS, the parties would like to postpone the Scheduling Conference currently scheduled for Monday, May 12, 2008 for at least 30 days,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the Scheduling Conference currently scheduled for Monday, May 12, 2008 be postponed until _____, so as to permit the parties to pursue such resolution.

_____
Michael W. McDermott (No. 4434)
Michele Sherretta Budicak (No. 4651)
YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
302-571-6600
mbudicak@ycst.com

OF COUNSEL:

Jessica A. duHoffmann
Douglas Walker
MILES & STOCKBRIDGE P.C.
10 Light Street
Baltimore, MD 21202
410-727-6464

*Attorneys for Plaintiff*
*LGS Group, LLC t/a LGS Group – Baltimore Framing and LGS Group – S. Charlotte Framing*

/s/ James F. Kipp
_____
James F. Kipp (No. 190)
ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.
Fox Run Business Park
2500 Wrangle Hill Road
Suite 210
Bear, DE 19701
302-327-1100
jkipp@elzufon.com

OF COUNSEL:

H. Burt Ringwood
STRONG & HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84180
801-532-7080

*Attorneys for Defendants*
*Safeco Insurance Company and OdysseyInternational Inc.*

Dated: May 8, 2008

SO ORDERED, this ____ day of May, 2008.

_____
United States District Judge