IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LGS GROUP LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-165-SLR |
| | ) |
| SAFECO INSURANCE COMPANY | ) |
| OF AMERICA, and ODYSSEY | ) |
| INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 13th day of May, 2008,

IT IS HEREBY ORDERED that the telephonic scheduling conference originally scheduled for 9:00 a.m. on Thursday, June 19, 2008 is hereby rescheduled to **9:00 a.m.** on **Thursday, June 26, 2008**. Counsel for plaintiffs shall coordinate and initiate this call.

_____
United States District Judge