IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS Group – S. Charlotte Framing,<br><br>      Plaintiff,<br><br>      v.<br><br>SAFECO INSURANCE COMPANY,<br><br>      and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>      Defendants. | Case No: 08-165-SLR |

## STIPULATION AND ORDER

WHEREAS the parties in this matter are currently discussing a possible business resolution of this matter; and

WHEREAS, the Scheduling Conference has been postponed until June 26, 2008 to allow the parties to continue such discussions;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the time for plaintiff to respond to Defendants' Motion to Consolidate (D.I. 10), filed on May 7, 2008, which seeks to consolidate this action with Case No. 08-017, *LGS Group LLC v. Odyssey Int'l Inc. and Safeco Insur. Co.* (the "Related Action") shall be extended until June 26, 2008.

| | |
|---|---|
| /s/ Michael W. McDermott | /s/ James F. Kipp |
| Michael W. McDermott (No. 4434) | James F. Kipp (No. 190) |
| Michele Sherretta Budicak (No. 4651) | ELZUFON AUSTIN REARDON |
| YOUNG, CONAWAY, STARGATT | TARLOV & MONDELL, P.A. |
| & TAYLOR, LLP | Fox Run Business Park |
| The Brandywine Building | 2500 Wrangle Hill Road |
| 1000 West Street, 17th Floor | Suite 210 |
| Wilmington, DE 19899-0391 | Bear, DE 19701 |
| 302-571-6600 | 302-327-1100 |
| mbudicak@ycst.com | jkipp@elzufon.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Jessica A. duHoffmann | H. Burt Ringwood |
| Douglas Walker | STRONG & HANNI |
| MILES & STOCKBRIDGE P.C. | 3 Triad Center, Suite 500 |
| 10 Light Street | Salt Lake City, Utah 84180 |
| Baltimore, MD 21202 | 801-532-7080 |
| 410-727-6464 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *LGS Group, LLC t/a LGS Group – Baltimore* | *Safeco Insurance Company and* |
| *Framing and LGS Group – S. Charlotte* | *OdysseyInternational Inc.* |
| *Framing* | |

Dated: May 27, 2008

SO ORDERED, this ____ day of May, 2008.

_____
United States District Judge