IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS GROUP – S. CHARLOTTE FRAMING,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SAFECO INSURANCE COMPANY,<br><br>　　　　　and<br><br>ODYSSEY INTERNATIONAL INC.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 08-165-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] SCHEDULING ORDER

At Wilmington this 26th day of June, 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties will exchange by July 31, 2008, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery**.

　　(a) Discovery will be needed on the following subjects: Scope of the work under the contract; value of the work completed under the contract; amount of payments made

to plaintiff and amounts, if any, still due from defendant Odyssey; timely submittals; and timely providing of materials.

(b) All discovery shall be commenced in time to be completed by August 29, 2008.

(c) Maximum of 30 interrogatories by each party to any other party.

(d) Maximum of 30 requests for admission by each party to any other party.

(e) Maximum of 10 depositions by plaintiff and 10 by defendant.

(f) Each deposition limited to a maximum of 6 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by October 13, 2008. Rebuttal expert reports due by December 15, 2008.

(h) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to two (2) Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification**. All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before September 12, 2008.

4. **Settlement Conference**. Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for the purposes of exploring ADR.

5. **Applications by Motion**. Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1**.

6. **Motions in Limine**. All motions in limine shall be filed on or before January 15, 2009. All responses to said motions shall be filed on or before January 22, 2009.

7. **Pretrial Conference**. A pretrial conference will be held on January 29, 2009 at 4:30 p.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

8. **Trial**. This matter is scheduled for a two day bench trial commencing the week of February 23, 2009, in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge