IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LGS GROUP LLC,                                    )<br>                                                             )<br>          Plaintiff,                                   )<br>                                                             )<br>     v.                                                   ) Civ. No. 08-17-SLR<br>                                                             )     (consolidated)<br>ODYSSEY INTERNATIONAL INC. and )<br>SAFECO INSURANCE COMPANY OF )<br>AMERICA,                                           )<br>                                                             )<br>          Defendants.                             )<br>_____)<br>                                                             )<br>LGS GROUP LLC,                                    )<br>                                                             )<br>          Plaintiff,                                   )<br>     v.                                                   ) Civ. No. 08-165-SLR<br>                                                             )<br>SAFECO INSURANCE COMPANY and )<br>ODYSSEY INTERNATIONAL INC.,      )<br>                                                             )<br>          Defendants.                             )  | |

# ORDER

At Wilmington this 27th day of June, 2008, a motion for consolidation having been filed (D.I. 10 in 08-165);

IT IS ORDERED that the motion is hereby granted and the above captioned cases shall be consolidated for all purposes. The first filed case, Civ. No. 08-17, shall be the lead case, meaning that all future filings shall only bear the caption for Civ. No. 08-17-SLR (with "consolidated" noted) and shall be filed only in Civ. No. 08-17-SLR.

_____
United States District Judge