IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>On behalf and for the benefit of,<br><br>LGS GROUP, LLC<br>t/a LGS GROUP – BALTIMORE FRAMING and<br>LGS GROUP – S. CHARLOTTE FRAMING,<br><br>       Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY,<br>and<br>ODYSSEY INTERNATIONAL, INC.,<br><br>       Defendants. | Case No. 08-165-UNA |

### **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

Comes now the Defendant Odyssey International, Inc. (hereinafter "Odyssey"), pursuant to Federal Rule of Civil Procedure 26(a)(1) and submits these initial disclosures.

I.   PERSONS WITH KNOWLEDGE.

Mike Tingey, Odyssey International, Inc. Contract, work progress, amounts paid on the contact, invoices, claims being made by subcontractors of LGS Group, LLC. (801) 532-7080. Strong & Hanni, 3 Triad Center, Suite 500, Salt Lake City, Utah 84180.

Steve Young, Odyssey International, Inc.. Project management, contract, work progress. (801) 532-7080. Strong & Hanni, 3 Triad Center, Suite 500, Salt Lake City, Utah 84180.

Mike Austin, Odyssey International, Inc. Job site related issues and project management. (801) 532-7080. Strong & Hanni, 3 Triad Center, Suite 500, Salt Lake City, Utah 84180.

James Lawson, LGS Group, LLC. Contract, work progress, and amount owed on the contract. (401) 333-9995. 80 Fisher Road, Unit 49, Cumberland, Rhode Island 02864.

Carrie Lawson, LGS Group, LLC. Submittal issues, billing, issues, and payments received by LGS. (401) 333-0005. 80 Fisher Road, Unit 49, Cumberland, Rhode Island 02864.

Mark Miller, LGS Group-S. Charlotte Framing, LLC. Project management, subcontract, payroll, and manpower. (410) 256-8687. 9521 A. Horn Ave., Nottingham, Maryland 21236.

Greg Pezza, formerly with LGS Group. Estimating, subcontract and billing issues. Las known contact information: (401) 333-9995. 80 Fisher Road, Unit 49, Cumberland Rhode Island 02864.

Jeff Walsh, formerly with LGS Group. Estimating, subcontract and billing issues. Las known contact information: (401) 333-9995. 80 Fisher Road, Unit 49, Cumberland Rhode Island 02864.

Employees of LGS Group, LLC/S. Charlotte Framing, LLC yet to be identified. (410) 256-8687. 9521 A. Horn Ave., Nottingham, Maryland 21236.

Employees and representatives of subcontractors of LGS Group, LLC specifically yet to be identified. Scope of the work, payments on subcontract agreements with LGS Group, LLC. Unknown telephone numbers. Unknown addresses.

## II. DOCUMENTS RELEVANT TO THE DISPUTED FACTS.

The following is a description by category, of non-privileged documents and tangible things that Defendant may use to support its claims, unless solely to impeach. These documents are located at Odyssey International, Inc., 135 North Duke, Lancaster, Pennsylvania 17602 and will be made available to Plaintiff pursuant to Plaintiff's Request for Production of Documents.

(a) Subcontract Agreement between Odyssey and LGS Group, LLC.

(b) Branch Agreement between LGS Group and LGS Group Charlotte.

(c) Contact documents.

(d) Submittals

(e) Payment requests.

(f) Change orders.

(g) Correspondence.

2

  (h)  Invoices.

  (i)  Copies of checks.

## III. COMPUTATION OF DAMAGES.

Defendant has not alleged claims against Plaintiff, however, if Defendant prevails in this litigation, Defendant will seek reimbursement of attorney fees as provided in the Subcontractor Agreement.

## IV. INSURANCE AGREEMENTS.

Defendant does not have any knowledge of any insurance agreement under which any person carrying on a business may be liable to satisfy part or all of the a judgment which may be entered into the action or to indemnify or reimburse for payments made to satisfy the judgment, other than the payment bond attached to the Complaint.

## V. AMENDMENT OF DISCLOSURE STATEMENT.

The foregoing initial disclosures are based upon the information reasonably available to Defendant at this time. Defendant reserves the right to amend, modify, or add to this disclosure statement as discovery or circumstances may warrant.

            ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.

Dated: August 11, 2008
            JAMES F. KIPP, ESQUIRE [# 190]
            2500 Wrangle Hill Road, Suite 210
            Bear, DE 19701
            302-327-1100
            Attorneys for Defendants

*Of Counsel:*
H. Burt Ringwood, Esquire [# 5787]
STRONG AND HANNI
3 Triad Center, Suite 500
Salt Lake City, Utah 84180

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008 a copy of Defendant's Rule 26(a)(1) Initial Disclosures was served via electronic filing upon counsel as follows:

William W. Erhart, Esquire
William W. Erhart, P.A.
800 North King Street, Suite 303
Wilmington, DE  19801

_____
James F. Kipp, Esquire [# 190]